752 A.2d 383

**WILLIAMSPORT AREA SCHOOL DISTRICT, Respondent,**

v.

**WILLIAMSPORT EDUCATION ASSOCIATION, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 17, 1999.

Reargument Denied March 22, 2000.

William A. Hebe, Wellsboro, for petitioner.

***ORDER***

PER CURIAM.

**AND NOW**, this 17th day of November 1999, the Petition for Allowance of Appeal is granted. The Order of the Commonwealth Court is vacated and the Award of the Arbitrator is reinstated. See, *Borough of Lewistown v. Pennsylvania Labor Relations Board,* 558 Pa. 141, 735 A.2d 1240 (1999).